# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY PIERSON AND CRUZ RAMIREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN C. HEATH ATTORNEY AT LAW, PLLC, d.b.a. LEXINGTON LAW FIRM,<br><br>Defendant. | Case No. 1:15-CV-00149---SMS<br><br>ORDER<br><br>MAGISTRATE JUDGE:<br>HON. SANDRA M. SNYDER |

Having reviewed the parties' Joint Stipulation to Extend Time to Respond to Complaint, the Court finds that there is good cause to grant the stipulation. Therefore, it is hereby **ORDERED:**

1. Defendant's time to answer or otherwise respond to Plaintiffs' Complaint shall be extended up to and including April 21, 2015.

**IT IS SO ORDERED.**

Dated:  March 23,  2015                  /s/ **SANDRA M. SNYDER**
                                          U.S. MAGISTRATE JUDGE

1

**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**