**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiffs*
Ebony Pierson and Cruz Ramirez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EBONY PIERSON AND CRUZ RAMIREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN C. HEATH, ATTORNEY AT LAW, PLLC, d.b.a. LEXINGTON LAW FIRM,**<br><br>Defendant. | **Case No. 1:15-CV-00149---SMS**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS MEMBERS; ORDER THEREON**<br><br>**Magistrate Judge:**<br>**Hon. Sandra M. Snyder** |

//

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs EBONY PIERSON and CRUZ RAMIREZ ("Plaintiffs") hereby move to voluntarily dismiss the above-captioned action, with prejudice as to the named Plaintiffs; and without prejudice as to the claims of the putative class members.

Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.[1]

Dated: April 29, 2015                              **KAZEROUNI LAW GROUP, APC**

                                    By:      s/ *Mona Amini*
                                             Mona Amini, Esq.
                                             Attorneys for Plaintiffs
                                             Email: mona@kazlg.com

---

[1] This dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010).

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS MEMBERS PURSUANT TO F.R.C.P. 41(A)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EBONY PIERSON AND CRUZ RAMIREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN C. HEATH, ATTORNEY AT LAW, PLLC, d.b.a. LEXINGTON LAW FIRM,**<br><br>Defendant. | Case No. 1:15-CV-00149---SMS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS MEMBERS**<br><br>Magistrate Judge:<br>Hon. Sandra M. Snyder |

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to the named Plaintiffs and without prejudice as to the claims of putative class members.

**IT IS SO ORDERED.**

Dated: 4/30/2015            /s/ SANDRA M. SNYDER
                            UNITED STATES MAGISTRATE JUDGE